E-FILED
Thursday, 10 March, 2005 10:59:33 AM
U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 02-40221** |
| **Charles Richard Sedam** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** FCI Milan at Milan, Michagan.

**WE COMMAND** that you produce the body of **Charles Richard Sedam**, Register No. **13060-026**, who is in your custody at FCI Milan before the United States District Court on **Thursday, 4/7/05 at 10:30am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 3/10/05

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ____S/Denise Koester_____
Deputy Clerk