CD/IL PROB 12B
(Rev. 3/99)

## United States District Court
### for
### CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | CHARLES RICHARD SEDAM  **CASE NUMBER:** 02-40221-002<br>FCI Milan<br>E. Arkona Road<br>Milan, Mi 48160 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE JOE BILLY McDADE |
| **DATE OF ORIGINAL SENTENCE:** | 06/06/03 |
| **ORIGINAL OFFENSE:** | Count 1: Conspiracy to Manufacture Methamphetamine;<br>Count 3: Carrying a Short Barreled Shotgun in Furtherance of a Drug Trafficking Offense |
| **ORIGINAL SENTENCE:** | Count 1: 12 months and 1 day; 3-year term of supervised release concurrent with Count 3;<br>Count 3: 120 months consecutive to Count 1; 5-year term of supervised release concurrent with Count 1;<br>Special conditions of supervised include refrain from use of drugs and alcohol, participate in drug treatment and testing; participate in mental health treatment; not own, purchase or possess a firearm or weapon; obtain GED within the first 12 months of supervision.<br><br>04/07/05: Pursuant to Rule 35 motion, sentence in Count 3 reduced to 60 months. |
| **TYPE OF SUPERVISION:** | Supervised Release |

**DATE SUPERVISION TO COMMENCE:** 12/07/07

### PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

Special Condition No. 5. You shall submit to the search of your person, property, residence, or automobile under your control by the Probation Officer, or any other authorized person under the immediate control and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

### CAUSE

Offender Sedam has requested that he be released to the District of Nevada following his release from the Bureau of Prisons later this year. The District

Re: Charles Richard Sedam

of Nevada has completed a prerelease investigation and has accepted offender Sedam to reside in their district provided the conditions of release are modified to include the above search condition.  The District of Nevada has indicated that they believe the condition is necessary given the nature of the instant offense. Offender Sedam has consented to this condition being included and has executed the waiver of hearing form.  Assistant U.S. Attorney Jeffrey Lang concurs with this proposed modification.

Respectfully submitted,

S/Kerry Walsh

KERRY P. WALSH
U.S. Probation Officer
Date: January 31, 2007

KPW/cg

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

S/Joe B. McDade

HONORABLE JOE BILLY McDADE
U.S. District Judge
Date: 1/31/2007

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision


I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search** - You shall submit to the search of your person, property, residence, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.


Witness  S/M. Marske                    Signed  S/Charles R. Sedam Jr.
         U.S. Probation Officer                 Charles R. Sedam

                         01-04-2007
                            Date